IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ENZO LIFE SCIENCES, INC., | |
| Plaintiff, | |
| v. | C.A. No. 12-104 (LPS) |
| GEN-PROBE INCORPORATED, | |
| Defendant. | |
| ENZO LIFE SCIENCES, INC., | |
| Plaintiff, | |
| v. | C.A. No. 12-105 (LPS) |
| LIFE TECHNOLOGIES CORPORATION, | |
| Defendant. | |
| ENZO LIFE SCIENCES, INC., | |
| Plaintiff, | |
| v. | C.A. No. 12-106 (LPS) |
| ROCHE MOLECULAR SYSTEMS, INC., et al., | |
| Defendants. | |

ENZO LIFE SCIENCES, INC.,

              Plaintiff,

     v.

ABBOTT LABORATORIES, et al.,

              Defendants.

C.A. No. 12-274 (LPS)

---

ENZO LIFE SCIENCES, INC.,

              Plaintiff,

     v.

BECTON, DICKINSON AND COMPANY, et al.,

              Defendants.

C.A. No. 12-275 (LPS)

---

ENZO LIFE SCIENCES, INC.,

              Plaintiff,

     v.

HOLOGIC, INC.,

              Defendant.

C.A. No. 12-276 (LPS)

---

ENZO LIFE SCIENCES, INC.,

              Plaintiff,

     v.

AFFYMETRIX, INC.,

              Defendant.

C.A. No. 12-433 (LPS)

| | |
|---|---|
| ENZO LIFE SCIENCES, INC., | |
| Plaintiff, | |
| v. | C.A. No. 12-434 (LPS) |
| AGILENT TECHNOLOGIES, INC., | |
| Defendant. | |
| ENZO LIFE SCIENCES, INC., | |
| Plaintiff, | |
| v. | C.A. No. 12-435 (LPS) |
| ILLUMINA, INC., | |
| Defendant. | |

**STIPULATION AND [PROPOSED] ORDER
TO EXTEND THE SCHEDULING ORDER**

WHEREAS the Court entered Orders setting certain case management deadlines based upon the issuance of the Court's Claim Construction Order on September 22, 2014 and January 22, 2015;

WHEREAS the Court entered its Claim Construction Order on July 7, 2015; and

WHEREAS the Court entered an order extending certain case management deadlines on July 31, 2015;

IT IS HEREBY STIPULATED AND AGREED by the parties, subject to the approval of the Court, that the schedule for the above-captioned cases shall be further extended as follows:

3

| **Deadline** | **Current Date** | **Stipulated Date** |
|---|---|---|
| Defendants to reduce number of asserted prior art references as per the Court's September 22, 2014 and January 22, 2015 Orders | Oct. 7, 2015 | Oct. 16, 2015 |
| Opening Expert Reports | Oct. 7, 2015 | Oct. 16, 2015 |
| Rebuttal Expert Reports | Nov. 10, 2015 | Dec. 4, 2015 |
| Reply Expert Reports | Dec. 9, 2015 | Jan. 15, 2016 |
| Expert Discovery Closes | Feb. 10, 2016 | Mar. 15, 2016 |
| Plaintiff to further reduce number of asserted claims as per the Court's September 22, 2014 and January 22, 2015 Orders | Mar. 10, 2016 | Mar. 29, 2016 |

FARNAN LLP

*/s/ Michael J. Farnan*

_____

Brian E. Farnan (#4089)
Michael J. Farnan (#5165)
919 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 777-0336
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Attorneys for Plaintiff Enzo Life Sciences, Inc.*

MORRIS NICHOLS ARSHT & TUNNELL LLP

*/s/ Karen Jacobs*

_____

Jack B. Blumenfeld (#1014)
Karen Jacobs (#2881)
Michael J. Flynn (#5333)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
kjacobs@mnat.com
mflynn@mnat.com

*Attorneys for Defendant Life Technologies Corporation*

RICHARDS, LAYTON & FINGER, PA

/s/ Katharine C. Lester

_____
Frederick L. Cottrell, III (#2555)
Katharine C. Lester (#5629)
One Rodney Square
920 N. King Street
Wilmington, DE 19801
(302) 651-7700
cottrell@rlf.corn
lester@rlf.com

*Attorneys for Defendants Becton, Dickinson
and Company, Becton Dickinson Diagnostics
Inc., GeneOhm Sciences, Inc., Roche
Diagnostics Corporation, Roche Diagnostics
Operations Inc., Roche Molecular Systems Inc.
and Roche NimbleGen, Inc.*

PHILLIPS, GOLDMAN & SPENCE, P.A.

/s/ John C. Phillips, Jr.

_____
John C. Phillips, Jr. (#110)
David A. Bilson (#4986)
Megan C. Haney (#5016)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
jcp@pgslaw.com
dab@pgslaw.com
mch@pgslaw.com

*Attorneys for Defendants Abbott Laboratories
and Abbott Molecular Inc.*

YOUNG, CONAWAY, STARGATT&TAYLOR LLP

/s/ Karen L. Pascale

_____
Karen L. Pascale (#2903)
Pilar G. Kraman (#5199)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
kpascale@ycst.com
pkraman@ycst.com

*Attorneys for Defendants Hologic Inc.
and Gen-Probe Incorporated*

MORRIS NICHOLS ARSHT & TUNNELL LLP

/s/ Derek J. Fahnestock

_____
Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
Derek J. Fahnestock (#4705)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@mnat.com
mnoreika@mnat.com
dfahnestock@mnat.com

*Attorneys for Defendant Affymetrix, Inc.*

MORRIS NICHOLS ARSHT & TUNNELL LLP

/s/ Derek J. Fahnestock
_____

Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
Derek J. Fahnestock (#4705)
Ethan H. Townsend (#5813)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@mnat.com
mnoreika@mnat.com
dfahnestock@mnat.com
etownsend@mnat.com

*Attorneys for Defendant Agilent
Technologies, Inc.*

October 2, 2015

FISH & RICHARDSON P.C.

/s/ Kelly Allenspach Del Dotto
_____

Douglas E. McCann (#3852)
Martina Tyreus Hufnal (#4771)
Kelly Allenspach Del Dotto (#5969)
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801
(302) 652-5070
dmccann@fr.com
hufnal@fr.com
allenspach.del.dotto@fr.com

*Attorneys for Defendant Illumina, Inc.*

SO ORDERED, this _____ day of October, 2015.


_____
The Honorable Leonard P. Stark, Chief Judge

9519256