IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ENZO LIFE SCIENCES, INC., <br><br> Plaintiff, <br><br> v. <br><br> GEN-PROBE INCORPORATED, <br><br> Defendant. | C.A. No. 12-104 (LPS) |
| ENZO LIFE SCIENCES, INC., <br><br> Plaintiff, <br><br> v. <br><br> LIFE TECHNOLOGIES CORPORATION, <br><br> Defendant. | C.A. No. 12-105 (LPS) |
| ENZO LIFE SCIENCES, INC., <br><br> Plaintiff, <br><br> v. <br><br> ROCHE MOLECULAR SYSTEMS, INC., et al., <br><br> Defendants. | C.A. No. 12-106 (LPS) |
| ENZO LIFE SCIENCES, INC., <br><br> Plaintiff, <br><br> v. <br><br> ABBOTT LABORATORIES, et al., <br><br> Defendants. | C.A. No. 12-274 (LPS) |


| | |
|---|---|
| ENZO LIFE SCIENCES, INC.,<br><br>                Plaintiff,<br><br>    v.<br><br>BECTON, DICKINSON AND COMPANY, et al.,<br><br>                Defendants. | C.A. No. 12-275 (LPS) |
| ENZO LIFE SCIENCES, INC.,<br><br>                Plaintiff,<br><br>    v.<br><br>HOLOGIC, INC.,<br><br>                Defendant. | C.A. No. 12-276 (LPS) |
| ENZO LIFE SCIENCES, INC.,<br><br>                Plaintiff,<br><br>    v.<br><br>AGILENT TECHNOLOGIES, INC.,<br><br>                Defendant. | C.A. No. 12-434 (LPS) |

| | |
|---|---|
| ENZO LIFE SCIENCES, INC.,<br><br>              Plaintiff,<br><br>    v.<br><br>ILLUMINA, INC.,<br><br>              Defendant. | C.A. No. 12-435 (LPS) |

**STIPULATION AND [PROPOSED] ORDER TO
EXTEND THE SCHEDULING ORDER**

WHEREAS the Court entered Orders setting certain case management deadlines based upon the issuance of the Court's Claim Construction Order on September 22, 2014 and January 22, 2015;

WHEREAS the Court entered its Claim Construction Order on July 7, 2015;

WHEREAS the Court entered an order extending certain case management deadlines on July 31, 2015 and October 6, 2015;

WHEREAS on November 6, 2015, the Court granted certain Defendants' request to increase the number of asserted references from six to twelve per asserted claim for U.S. Patent No. 7,064,197 ("the '197 patent") and instructed the parties to meet and confer regarding an extension of Enzo's deadline for rebuttal validity reports regarding the '197 patent; and

WHEREAS the parties agree that the deadlines for expert reports and discovery for all patents-in-suit in these coordinated litigations should follow the same schedule;

IT IS HEREBY STIPULATED AND AGREED by the parties, subject to the approval of the Court, that the schedule for the above-captioned cases shall be further extended as follows:

3

| **Deadline** | **Current Date** | **Stipulated Date** |
|---|---|---|
| Rebuttal Expert Reports | Dec. 4, 2015 | December 23, 2015 |
| Reply Expert Reports | Jan. 15, 2016 | January 29, 2016 |
| Expert Discovery Closes | Mar. 15, 2016 | March 29, 2016 |
| Plaintiff to further reduce number of asserted claims as per the Court's September 22, 2014 and January 22, 2015 Orders | Mar. 29, 2016 | April 12, 2016 |

Dated: November 11, 2015                    Respectfully submitted,

FARNAN LLP                                  MORRIS NICHOLS ARSHT & TUNNELL LLP

*/s/ Brian E. Farnan*                       */s/ Karen Jacobs*

Brian E. Farnan (#4089)                     Jack B. Blumenfeld (#1014)
Michael J. Farnan (#5165)                   Karen Jacobs (#2881)
919 North Market Street, 12th Floor         Michael J. Flynn (#5333)
Wilmington, DE 19801                        1201 North Market Street
(302) 777-0336                              P.O. Box 1347
bfarnan@farnanlaw.com                       Wilmington, DE  19899
mfarnan@farnanlaw.com                       (302) 658-9200
                                            jblumenfeld@mnat.com
*Attorneys for Plaintiff Enzo Life Sciences,*  kjacobs@mnat.com
*Inc.*                                      mflynn@mnat.com

*Attorneys for Defendant Life Technologies Corporation*

| | |
|---|---|
| RICHARDS, LAYTON & FINGER, PA | PHILLIPS, GOLDMAN & SPENCE, P.A. |
| */s/ Katharine C. Mowrey* | */s/ John C. Phillips* |
| Frederick L. Cottrell, III (#2555) | John C. Phillips, Jr. (#110) |
| Katharine C. Mowery (#5629) | David A. Bilson (#4986) |
| One Rodney Square | Megan C. Haney (#5016) |
| 920 N. King Street | 1200 North Broom Street |
| Wilmington, DE 19801 | Wilmington, DE 19806 |
| (302) 651-7700 | (302) 655-4200 |
| cottrell@rlf.corn | jcp@pgslaw.com |
| lester@rlf.com | dab@pgslaw.com |
| | mch@pgslaw.com |

*Attorneys for Defendants Becton, Dickinson and Company, Becton Dickinson Diagnostics Inc., GeneOhm Sciences, Inc., Roche Diagnostics Corporation, Roche Diagnostics Operations Inc., Roche Molecular Systems Inc. and Roche NimbleGen, Inc.*

*Attorneys for Defendants Abbott Laboratories and Abbott Molecular Inc.*

| | |
|---|---|
| YOUNG, CONAWAY, STARGATT&TAYLOR LLP | MORRIS NICHOLS ARSHT & TUNNELL LLP |
| */s/ Karen L. Pascale* | */s/ Derek J. Fahnestock* |
| Karen L. Pascale (#2903) | Jack B. Blumenfeld (#1014) |
| Pilar G. Kraman (#5199) | Maryellen Noreika (#3208) |
| Rodney Square | Derek J. Fahnestock (#4705) |
| 1000 North King Street | 1201 North Market Street |
| Wilmington, DE 19801 | P.O. Box 1347 |
| (302) 571-6600 | Wilmington, DE 19899 |
| kpascale@ycst.com | (302) 658-9200 |
| pkraman@ycst.com | jblumenfeld@mnat.com |
| | mnoreika@mnat.com |
| | dfahnestock@mnat.com |

*Attorneys for Defendants Hologic Inc. and Gen-Probe Incorporated*

*Attorneys for Defendant Agilent Technologies, Inc.*

FISH & RICHARDSON P.C.

*/s/ Martina T. Hufnal*
Douglas E. McCann (#3852)
Martina Tyreus Hufnal (#4771)
Kelly Allenspach Del Dotto (#5969)
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801
(302) 652-5070
dmccann@fr.com

hufnal@fr.com
allenspach.del.dotto@fr.com

*Attorneys for Defendant Illumina, Inc.*

SO ORDERED, this _____ day of November, 2015.

_____
The Honorable Leonard P. Stark